UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-1136-CEM-LHP

HOWARD COHAN,

    Plaintiff,

vs.

ASHFORD ORLANDO SEA WORLD
LIMITED PARTNERSHIP,
a Foreign Limited Partnership;

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED September 11, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940

1

Facsimile: (561) 491-9459<br>
Email: greg@sconzolawoffice.com<br>
Email: perri@sconzolawoffice.com<br>
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**